IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| ZIPPORAH NAJAR,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF JOHNSTOWN,<br><br>and<br><br>JOHNSTOWN REDEVELOPMENT<br>AUTHORITY,<br><br>And<br><br>G&R EXCAVATING AND<br>DEMOLITION SERVICES, INC.,<br><br>        Defendants. | Case No. 3:23-cv-00027 |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, G&R EXCAVATING AND DEMOLITION, INC.

Plaintiff, Zipporah Najar, by and through her undersigned counsel moves this Honorable Court for a judgment against Defendant, G&R Excavating and Demolition, Inc., for the reason that Defendant was duly served with process and has failed to appear and answer on its behalf, and is in default in that Return of Service has been filed in this matter for at least ten (10) days:

1.      This action was initiated on February 13, 2023, by Complaint (Doc. #1).

2.      A Writ of Summons was issued on February 23, 2023, against Defendant, G&R Excavating and Demolition, Inc. (Doc. #4).

3.      Counsel provided the Waiver of Service Request, Writ of Summons and Complaint to Defendant at their Pennsylvania registered business address of 5 Gardner Road, Tyrone, PA 16686, by mail on February 28, 2023.

4.    When Defendant failed to respond favorably to the Waiver of Service Request, Plaintiff caused the Summons and Complaint to be personally served, by process server, upon Defendant, G&R Excavating & Demolition, Inc., on April 4, 2023. A Return of Service was filed on April 11, 2023 (Doc. #11).

5.    As of the filing of this motion, the Defendant, G&R Excavating and Demolition, Inc., has failed to answer the Complaint; Counsel for Plaintiff has received no indication from Defendant, G&R Excavating and Demolition, Inc., that it has retained Counsel or otherwise needs additional time to respond to the Complaint.

6.    Accordingly, Default Judgment (for liability) should issue against Defendant, G&R Excavating and Demolition, Inc., and the matter should be set for trial to assess damages against Defendant, G&R Excavating and Demolition, Inc.

WHEREFORE, Plaintiff, Zipporah Najar, prays this Court grant this motion and enter judgment against Defendant, G&R Excavating and Demolition, Inc.

Respectfully Submitted,

/s/ Kevin L. Colosimo
Kevin L. Colosimo
PA ID No. 80191

Keymo A. Hoshing
PA ID No. 325088

FROST BROWN TODD, LLP
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
T: (412) 513-4300
F.: (412) 513-4299
kcolosimo@fbtlaw.com
khoshing@fbtlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on May 22, 2023, I caused a copy of the foregoing Motion for Default Judgment to be served by electronic means through the ECF system to all registered ECF participants in this case and upon Defendant, G&R Excavating and Demolition, Inc., via US First Class, prepaid mail.

/s/ Kevin L. Colosimo
Kevin L. Colosimo