IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZIPPORAH NAJAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 23-00027 |
| | ) | Judge Nora Barry Fischer |
| v. | ) | Magistrate Judge Kezia O. L. Taylor |
| | ) | |
| CITY OF JOHNSTOWN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

AND NOW, this 17th day of October, 2025, the Court having adopted the Report and Recommendation filed by United States Magistrate Judge Kezia O. L. Taylor on May 14, 2025, (Docket No. 91), and accordingly denied the Motion for Summary Judgment filed by Plaintiff (Docket No. 60) and granted the Motion for Summary Judgment filed by Defendant City of Johnstown (Docket No. 65), and held Defendant's crossclaims to be rendered moot,

IT IS HEREBY ORDERED that summary judgment is entered in favor of Defendant City of Johnstown and against Plaintiff Zipporah Najar as to Counts I, II, III, V, VI, VII and IX of Plaintiff's Complaint; and, as there are no claims or Defendants remaining in this action,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.